UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph T. Mosby,                                                Civil 06-344 MJD/FLN

     Plaintiff,

v.                                                              O R D E R

Federal Bureau of Prisons, et al.,

     Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 21, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiffs' emergency motion for a temporary restraining order to protect plaintiff from a retaliatory prison transfer pursuant to Rule 65(a) is DENIED [#6].

Dated: September 13, 2006            s / Michael J. Davis
                                          JUDGE MICHAEL J. DAVIS
                                          United States District Court